# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANET LIEB and ED LIEB**<br>    **Plaintiffs,** | :<br>:<br>: |
| v. | :  **CIVIL ACTION NO. 14-4225** |
| | : |
| **ALLSTATE PROPERTY AND**<br>**CASUALTY INSURANCE COMPANY**<br>    **Defendant.** | :<br>:<br>: |

## ORDER

**AND NOW,** this 10th day of December 2014, upon consideration of the pending motions and responses thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Plaintiffs' Motion to Remand [Doc. No. 9] is **DENIED**.

2. Defendant's Motion to Dismiss [Doc. No. 14] is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**.

3. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

                                                      **BY THE COURT:**

                                                      **/s/Cynthia M. Rufe**
                                                      _____
                                                      **CYNTHIA M. RUFE, J.**